JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| DAMON B. COOK,<br><br>    Petitioner,<br><br> v.<br><br>WARDEN, CONNIE GIBSON,<br><br>    Respondent. | ED CV 11-01729-JFW (SH)<br><br>JUDGMENT |

  IT IS ADJUDGED that the Petition for Writ of habeas Corpus is denied and the action is dismissed with prejudice.

DATED: January 24, 2012

                _____
                JOHN F. WALTER
                UNITED STATES DISTRICT JUDGE